

**JOHN D. KINARD**
DISTRICT CLERK
GALVESTON COUNTY, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/1/2015 10:05:34 AM
CHRISTOPHER A. PRINE
Clerk

April 01, 2015

Christopher Prine Clerk
1st Court of Appeals
301 Fannin, 2ⁿᵈ floor
Houston, Texas 77002-2066

## NOTICE OF ASSIGNMENT ON APPEAL

**IN RE: State of Texas vs. Prentis Ray Venzant**
**CASE NUMBER: 14-CR-2810**
**212th District Court**

Dear Clerk:

Please find enclosed a copy of the notice of appeal was filed in the above case. This case is assigned to the **FIRST COURT OF APPEALS, HOUSTON TEXAS.** Please note the following information.

**Date of Judgment Appealed from: March 27, 2015 (Judgment of Conviction by Jury)**
**Notice of Appeal: March 27, 2015**
**Motion for New Trial: February 27, 2015**
**Offense Convicted of: UNAUTH USE OF VEHICLE**
**Judgment and Sentence: Nine (9) Years Institutional Division, TDCJ**
**Trial Judge: Patricia Grady**
**Court Reporter: Leslie Kesterson**

Any motions for Extension of Time to file the record on appeals must be filed directly with the Court of Appeals. A copy of this assignment letter is being mailed to all counsel of record. Thank you.

Sincerely,

JOHN D. KINARD
DISTRICT CLERK
GALVESTON COUNTY, TEXAS

By _____
Terrie Kahla

14-CR-2810
DCAPALCA
Appeal – Assignment Letter to the Court of Ap
1016520

*600 59ᵗʰ Street, Room 4401, Galveston County Justice Center, Galveston, Texas 77551-2388*

*Phone (409) 766-2424 Fax (409) 766-2292*

1

CC: With Attachment Notice of Appeal

CC: Jack Roady, Criminal District Attorney of Galveston County, Texas
600 59th Street, Suite 1001
Galveston TX, 77551-4137

CC: Tad Nelson, Attorney for Appellant
820 E Main
League City TX  77573

CC: Leslie Kesterson, Court Reporter
212th District Court
600 59th Street
Galveston, TX 77551

600 59th Street, Room 4401, Galveston County Justice Center, Galveston, Texas 77551-2388

Phone (409) 766-2424 Fax (409) 766-2292

CAUSE NUMBER 14CR 2810

THE STATE OF TEXAS                   2015 MAR 27  PM 3: 24  IN THE DISTRICT COURT OF

VS.                                                                    GALVESTON, COUNTY, TEXAS

Prentis Ray Venzant                              212th  JUDICIAL DISTRICT

## NOTICE OF APPEAL

On this 27th day of March , 2015 the Defendant individually or by Attorney, in the above styled and numbered cause by written notice hereby excepts to Judgment/Sentence or appealable order. Defendant hereby gives Notice of Appeal to be filed in the Court of Appeals, 1st or 14th Supreme Judicial District:

_____
_____
_____
_____

Prentis Venzant
Defendant

Or
Winston E. Cochran, Jr.
Attorney
State BarNo. 04457300

## The Following to be Completed by Clerk:

Date of Judgment or other Order Appealed from: _____
Name of Trial Court Judge: Patricia Grady
Name of Court Reporter: Leslie Kesteron
Name of Attorney on Appeal: _____ Bar No. _____
Address: _____
Telephone No. _____ Fax No. _____
Name of State's Attorney on Appeal : Jack Roady, Bar No. 24027780 Galveston County Criminal District Attorney, Galveston County Courthouse, 600 59TH Street, Galveston, Texas 77551 Phone No. (409) 766-2355 Fax No. (409) 766-2290
Defendant Incarcerated?    Yes ✔  No_____
Offense Convicted of: Unauthorized Use y Vehicle
Punishment Assessed: Nine (9) years TDCJ
Who Assessed Punishment?  Trial Court ✔  Jury_____
Appeals Consolidated under this Cause No: _____
Companion Case, if Applicable: _____
Defendant on Appeal Bond? Yes_____  No ✔

14–CR–2810
DCAF
Appeal – Notice
1014646



3

Electronically Filed

JOHN D. KINARD
CLERK DISTRICT COURT
FILED
4:50 PM
FEB 24 2015

GALVESTON COUNTY, TEXAS
BY_____
DEPUTY

NO. 14CR2810

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| VS. | § | GALVESTON COUNTY, TEXAS |
| PRENTIS RAY VENZANT | § | 212th JUDICIAL DISTRICT |

## **VERDICT**

We, the Jury, find the Defendant, PRENTIS RAY VENZANT, guilty of the offense of Unauthorized Use of a Motor Vehicle as alleged in the indictment.

_____
FOREPERSON OF THE JURY


We, the Jury, find the Defendant, PRENTIS RAY VENZANT, not guilty.


_____
FOREPERSON OF THE JURY


14 – CR – 2810
DCVER
Verdict
998397

4